IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER LYNN SEE                                              PLAINTIFF

v.                           Case No. 6:19-cv-6124

LINGO, *et al.*                                                   DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed December 16, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice because Plaintiff has failed to comply with Court orders and prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREDJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge